1178

sideration or decision of this petition.

No. 04–7454. DUNBAR v. STATE STREET BANK & TRUST CO. (three judgments). App. Ct. Conn. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–7507. LEWIS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. JUSTICE BREYER would grant the petition for writ of certiorari.

No. 03–10445. CHAPMAN v. PENNSYLVANIA ET AL., *ante*, p. 834;

No. 03–10447. SONNIER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 834;

No. 03–10509. IN RE RIVAS, *ante*, p. 808;

No. 03–10995. HOWELL v. UNITED STATES, *ante*, p. 862;

No. 04–447. CLISSURAS v. CONCORD VILLAGE OWNERS, INC., ET AL., *ante*, p. 1021;

No. 04–638. ZAVALIDROGA v. UNITED STATES, *ante*, p. 1035;

No. 04–5244. WAGSTAFF v. PALAKOVICH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SMITHFIELD, ET AL., *ante*, p. 889;

No. 04–5755. COLEMAN v. NASSAU COUNTY, NEW YORK, *ante*, p. 933;

No. 04–5794. GOLDSTEIN v. HARVARD UNIVERSITY, *ante*, p. 1035;

No. 04–5866. SPUCK v. DESUTA, SUPERINTENDENT, STATE REGIONAL CORRECTIONAL FACILITY AT MERCER, ET AL., *ante*, p. 945;

No. 04–5951. NEWMAN v. ROWLEY, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER, *ante*, p. 947;

No. 04–6008. STRONG v. ILLINOIS VOCATIONAL REHABILITATION PROGRAM, *ante*, p. 962;

No. 04–6070. FISHER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 963;

No. 04–6168. RODRIGUEZ v. GAILOR ET AL., *ante*, p. 980;

No. 04–6208. SPOTTSVILLE v. TERRY, WARDEN, *ante*, p. 989;

No. 04–6241.  MURRAY *v.* PERLOW, *ante*, p. 990;

No. 04–6246.  STRONG *v.* MCCUSKEY, JUDGE, UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS, *ante*, p. 966;

No. 04–6253.  PHILLIPS *v.* LANSING SCHOOL DISTRICT ET AL., *ante*, p. 990;

No. 04–6349.  ADAMES *v.* MARTINEZ ET AL., *ante*, p. 1015;

No. 04–6376.  MONK *v.* LAFLER, WARDEN, *ante*, p. 1006;

No. 04–6388.  LYLES *v.* SEACOR MARINE, INC., *ante*, p. 1006;

No. 04–6403.  RECIO-VALLEJO *v.* UNITED STATES, *ante*, p. 1058;

No. 04–6405.  STRONG *v.* BAKER, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, *ante*, p. 969;

No. 04–6416.  BROOKS *v.* UNITED STATES, *ante*, p. 1058;

No. 04–6579.  IN RE BARKCLAY, *ante*, p. 1020;

No. 04–6697.  BLAIR *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 1027;

No. 04–6721.  IN RE GREEN, *ante*, p. 954;

No. 04–6727.  CAPPA *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY, *ante*, p. 1027;

No. 04–6731.  SCOTT *v.* WACKENHUT CORP. ET AL., *ante*, p. 1035;

No. 04–6775.  BENSON *v.* HOME DEPOT U. S. A., INC., *ante*, p. 1036;

No. 04–6776.  MATHIS *v.* UNITED STATES, *ante*, p. 993;

No. 04–6777.  LUCAS *v.* ADAMS, WARDEN, *ante*, p. 1027;

No. 04–6821.  COCKRELL *v.* WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, *ante*, p. 1036;

No. 04–6869.  IN RE SMITH, *ante*, p. 986;

No. 04–6916.  GRAVES *v.* WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, *ante*, p. 1028;

No. 04–6973.  MCQUIDDY *v.* UNITED STATES, *ante*, p. 1013;

No. 04–7019.  VEILLEUX *v.* UNITED STATES, *ante*, p. 1014;

No. 04–7052.  GLASKER *v.* TRANSAMERICA FINANCIAL SERVICES, INC., ET AL., *ante*, p. 1028;

No. 04–7086.  DANIELS *v.* UNITED STATES, *ante*, p. 1029;

No. 04–7251.  PARKER *v.* RENICO, WARDEN, *ante*, p. 1072;

No. 04–7272.  HAMMER *v.* AMAZON.COM, *ante*, p. 1072;

No. 04–7325.  LOPEZ *v.* UNITED STATES, *ante*, p. 1074;

No. 04–7375.  PADGETT *v.* UNITED STATES, *ante*, p. 1075;

No. 04–7425. THOMPSON *v.* BROWNLEE, ACTING SECRETARY OF THE ARMY, *ante,* p. 1076;

No. 04–7730. BAEZ-LEON *v.* UNITED STATES; GARCIA-RAMIREZ *v.* UNITED STATES; LARIOS-ANDRADE *v.* UNITED STATES; YANEZ-GOVEA *v.* UNITED STATES; RAMIREZ-YANEZ *v.* UNITED STATES; and MARTINEZ-MARTINEZ *v.* UNITED STATES, *ante,* p. 1128; and

No. 04–7786. ELIZALDE-CASARES *v.* UNITED STATES; PEQUE-PEREZ *v.* UNITED STATES; REYES-MANCIAS *v.* UNITED STATES; REYES-PASCUAL *v.* UNITED STATES; SIERRA-MADRIGAL *v.* UNITED STATES; DIAZ-SANCHEZ *v.* UNITED STATES; GARCIA-LOPEZ *v.* UNITED STATES; COBOS-PEREZ *v.* UNITED STATES; GOMEZ-DELGADO *v.* UNITED STATES; HERRERA-BARAJAS *v.* UNITED STATES; JIMENEZ LOPEZ *v.* UNITED STATES; QUIRINO *v.* UNITED STATES; RODRIGUEZ-MEDINA *v.* UNITED STATES; OLALDE-SERNA *v.* UNITED STATES; SANTOS-HERNANDEZ *v.* UNITED STATES; HERNANDEZ RIVERA *v.* UNITED STATES; GOMEZ-VARGAS *v.* UNITED STATES; and ESTRADA-RODRIGUEZ *v.* UNITED STATES, *ante,* p. 1129. Petitions for rehearing denied.

No. 03–658. DEEP *v.* RECORDING INDUSTRY ASSN. OF AMERICA, INC., ET AL., 540 U. S. 1107; and

No. 03–10651. WARD *v.* OFFICE OF PERSONNEL MANAGEMENT, *ante,* p. 842. Motions of petitioners for leave to file petitions for rehearing denied.

## FEBRUARY 28, 2005

No. 04–414. ROACH *v.* UNITED STATES. C. A. 7th Cir. Reported below: 372 F. 3d 907; and

No. 04–1004. COLL *v.* UNITED STATES. C. A. 11th Cir. Reported below: 120 Fed. Appx. 785. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker, ante,* p. 220.

No. 04–6302. SMITH *v.* UNITED STATES. C. A. 6th Cir. Reported below: 100 Fed. Appx. 524;

No. 04–7175. SENN *v.* UNITED STATES. C. A. 11th Cir. Reported below: 116 Fed. Appx. 247;

No. 04–7290. JIMENEZ-CID *v.* UNITED STATES. C. A. 5th Cir. Reported below: 104 Fed. Appx. 436;

No. 04–7798. FRANCIS *v.* UNITED STATES. C. A. 8th Cir. Reported below: 367 F. 3d 805;